AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gravelle, Christine M. | 2. Court or Organization<br><br>Bankruptcy Court for New Jersey | 3. Date of Report<br><br>11/20/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>✔ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>11/09/2013 |

| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>402 East State Street<br>Trenton, NJ |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executrix | Estate #1 |
| 2. Executrix | Estate #2 |
| 3. Trustee | Central Jersey Legal services |
| 4. Partner | Markowitz Gravelle, LLP |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Markowitz Gravelle, LLP, partner | $120,771.00 |
| 2. | 2012 | Markowitz Gravelle, LLP, partner | $118,653.00 |
| 3. | 2013 | Markowitz Gravelle, LLP, partner | $73,164.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 11/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 11/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sovereign Bank Accounts | A | Interest | J | T | Exempt | | | | |
| 2. PNC Bank Accounts | A | Interest | J | T | Exempt | | | | |
| 3. Estate #1 | A | None | J | T | Exempt | | | | |
| 4. Estate #2 | A | None | J | T | Exempt | | | | |
| 5. Blackrock Liq Temp Cash | A | Interest | J | T | Exempt | | | | |
| 6. American Amcap CIA | A | Dividend | J | T | Exempt | | | | |
| 7. American Inc Fnd/AM | A | Dividend | K | T | Exempt | | | | |
| 8. American New Wld ND | A | Dividend | J | T | Exempt | | | | |
| 9. American Wash Mut Inv | A | Dividend | J | T | Exempt | | | | |
| 10. Goldman Sachs Asset All. | A | Dividend | J | T | Exempt | | | | |
| 11. Goldman Sachs Tech Tellkeep | A | Dividend | J | T | Exempt | | | | |
| 12. Oppenheimer Equity CLA | A | Dividend | J | T | Exempt | | | | |
| 13. Oppenheimer Inter Div | A | Dividend | J | T | Exempt | | | | |
| 14. American High Inc. Trust CLA | A | Dividend | J | T | Exempt | | | | |
| 15. American High Inc. Trust CLC | A | Dividend | J | T | Exempt | | | | |
| 16. Franklin Inc CLA | A | Dividend | J | T | Exempt | | | | |
| 17. Blackrock Liq Temp Cash MM | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 11/20/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Washington Mutual Investors F-1 | A | Dividend | K | T | Exempt | | | | |
| 19. Blackrock SM CAP Grn EQ Port Serv CL | A | Dividend | J | T | Exempt | | | | |
| 20. Cohen & Steers Realty Shares | A | Dividend | K | T | Exempt | | | | |
| 21. Invesco Developing Markets Class A | A | Dividend | J | T | Exempt | | | | |
| 22. JP Morgan Mid Cap Value Fund Select CL | A | Dividend | J | T | Exempt | | | | |
| 23. Oppenheimer Intl Growth FD Y | A | Dividend | J | T | Exempt | | | | |
| 24. Prudential Jennisn MidCap Growth CL Z X | A | Dividend | J | T | Exempt | | | | |
| 25. Stratton Small Cap Value Fund | A | Dividend | J | T | Exempt | | | | |
| 26. Eaton Vance Floating Rate Adv | A | Dividend | J | T | Exempt | | | | |
| 27. Loomis Sayles Invt Grade Bond CL A | A | Dividend | J | T | Exempt | | | | |
| 28. Fidelity Advisor New Insights CL A | A | Dividend | J | T | Exempt | | | | |
| 29. Metropolitan West total Return Class I | A | Dividend | J | T | Exempt | | | | |
| 30. PIMCO Foreign Bond USD Hedged Inst. | A | Dividend | J | T | Exempt | | | | |
| 31. PIMCO Unconstrained BD Instl Class | A | Dividend | J | T | Exempt | | | | |
| 32. Fund Balance in Markowitz Gravelle 401(k) Profit Sharing | F | None | | | Exempt | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 11/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 11/20/2013 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christine M. Gravelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544